U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   Sep 10 2021

CAROL L. MICHEL
CLERK

DISTRICT COURT OF THE UNITED STATES
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION
Case: 21-603

In Re: Ex REL

FERDINAND BERNARD BRANCH JR. 28034 Napoleon Rd. Lacombe 70445
LIRYCA CHARMAINE NEVILLE 159 Honeywood Dr. Slidell 70461
GAYNELLE HOUSEY NEVILLE 159 Honeywood Dr. Slidell 70461
Petitioners
Vs.
Vincent Lobello
Defendants et al

## MOTION
## To Compel & Objection to Magistrates Order

HEREIN COMES Petitioners to Compel defendants to provide the names of the 12 FBI agents, to petitioners for the following reasons:

1    Petitioners have exhausted the normal channel to obtain the names of FBI agents who were present at the home of plaintiffs.

2    Attached to this Motion, is a "Subpoena" to get discovery, [even though it may be premature to request discovery] to get the 12 names of FBI agents who are running and attempting to hide.

3    Petitioners are not intending to abuse, disrespect or any of the like of the court. Because of the nature of this complaint, and the widespread corruption throughout the judicial system of America, from statistics from 2020 there is prejudice and biased towards American-Indians [so-called African Americans or Blacks] from the federal government crime office. Petitioners are simply seeking due process and adjudication pursuant to the "Rule of Law".

OBJECTIONS

1    Petitioners, are NOT asking the court to perform as a "Process Server" nor are the petitioners intentionally abusing the courts resources.

TENDERED FOR FILING

SEP 1 0 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

2       Petitioners are not Sovereign Citizens and yes we claim Article 4, sec 2. Constitution of the United States and Article 7 of the Treaty of 1866.

3       Petitioners are not reiterating facts again before this court, only what procedures adhered to, to obtain the names for suit.

4       If the Magistrate is biased or prejudice to petitioners because she believes we are sovereign citizens [which is ridiculous, you cant be a Citizen if you are a Sovereign, vice versa.]

This 7th day of September 2021.

By: _____
FERDINAND BERNARD BRANCH JR.

By: _____ All Rights Retained
LIRYCA CHARMAINE NEVILLE

By: _____
GAYNELLE HOUSEY NEVILLE

## CERTIFICATE OF SERVICE

Petitioners herein have deposited a copy of this motion with the US Postal Service to deliver to:

WARREN MONTGOMERY
DISTRICT ATTORNEY
701 North Columbia Street
Covington, LA 70433
985-809-8383

This 7th day of September 2021

By: _____
FERDINAND BERNARD BRANCH JR.

By: _____ All Rights Retained
LIRYCA CHARMAINE NEVILLE

By: _____
GAYNELLE HOUSEY NEVILLE